# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.M. MCDONALD, K.J. BRUBAKER**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### TYLER J. SCHNEIDER
### MISSILE TECHNICIAN SECOND CLASS (E-5), U.S. NAVY

### NMCCA 201400324
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 15 May 2014.
**Military Judge:** LtCol David M. Jones, USMC.
**Convening Authority:** Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation:** CDR N.O. Evans, JAGC, USN.
**For Appellant:** CDR Suzanne M. Lachelier, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**29 January 2015**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court